ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERMAN DANILO GARCIA ALEJANDRE,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH EDLOW, ET AL.,[1]<br><br>Defendants. | CASE NO. 2:25-CV-01838-TLN-CKD<br><br>STIPULATION AND ORDER FOR TEMPORARY STAY |

Defendants respectfully request to stay this case through January 8, 2026, and counsel for Plaintiff does not oppose. In this case, Plaintiffs allege that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview and adjudicating his pending asylum application, which he filed in 2016. USCIS has scheduled plaintiff's asylum interview for September 10, 2025. The parties anticipate that this lawsuit may be rendered moot once USCIS completes its adjudication of Plaintiff's application and USCIS will endeavor to do so within 120 days of the completion of the interview.

///

///

///

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the defendants' successors in office are automatically substituted.

STIPULATION AND ORDER FOR TEMPORARY STAY

1

The parties therefore stipulate that this matter be held in temporary abeyance through January 8, 2026. The parties further request that all other filing and case management deadlines and appearances be similarly vacated.

Respectfully submitted,

Dated: September 5, 2025

ERIC GRANT
United States Attorney

By: /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

/s/ ABEL RODRIGUEZ III
ABEL RODRIGUEZ III
Counsel for Plaintiff

**IT IS SO ORDERED.**

DATED: September 8, 2025

_____
Troy L. Nunley
Chief United States District Judge